AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____NORTHERN_____

Evelyn Caver, as administratrix of the estate of
Joe Caver, Jr., deceased; et al.

V.

Pactiv Corporation and Louisiana-Pacific
Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-51-LES

TO: (Name and address of Defendant)

Pactiv Corporation
c/o John C. Berghoff, Jr.
Mayer, Brown, Rowe & Maw, LLP
71 South Wacker Drive
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    January 18, 2007
_____           _____
CLERK                                                         DATE

*[signature]*
_____
(BY) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                       Date                       *Signature of Server*

                                            *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

7003 2030 0006 7824 7488

| Postage | $ | 2:07cv51-LES |
| Certified Fee | | 1-18-07 |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: PACTIV Corporation
Street, Apt. No.; ℅ John C. Berghoff, Jr.
or PO Box No. Mayer, Brown, Rowe & Maw, LLP
City, State, ZIP+4: 71 South Wacker Drive
Chicago, Illinois 60606

PS Form 3800, June 2002    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____NORTHERN_____

Evelyn Caver, as administratrix of the estate of
Joe Caver, Jr., deceased; et al.

V.

Pactiv Corporation and Louisiana-Pacific
Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-51-LES

TO: (Name and address of Defendant)

Louisiana-Pacific Corporation
c/o Bernard Taylor
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                           January 18, 2007
_____                   _____
CLERK                                                      DATE

_____
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                        *Signature of Server*

                                        *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 2:07cv51-LES |
| Certified Fee | | 1/18/07 |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Louisiana-Pacific Corporation
℅ Bernard Taylor, Sr.
Street, Apt. No.; or PO Box No.: Alston & Bird, LLP
City, State, ZIP+4: 1201 West Peachtree Street
Atlanta, Georgia 30309-3424

7004 2030 0006 7824 7471

PS Form 3800, June 2002                See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.