Carver

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   PACTIV Corporation
   ℅ John C. Berghoff, Jr.
   Mayer, Brown, Rowe & Maw, LLP
   71 South Wacker Drive
   Chicago, Illinois 60606

   2:07CV51-LES (cmp/smo 20 dys)

2. Article Number
   (Transfer from service label)

   7002 2030 0006 7824 7488

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   [illegible] CA[...]            JAN 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

   Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540