Carver

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Louisiana-Pacific Corporation
   ℅ Bernard Taylor, Sr.
   Alston & Bird, LLP
   1201 West Peachtree Street
   Atlanta, Georgia 30309-3424

   2:07cv51-LES (cmplsm 20 dys)

2. Article Number (Transfer from service label)

   7002 2030 0006 7824 7471

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) SFA    C. Date of Delivery

   JAN 2 5 REC'D
   ATLANTA, GA 30309-1106 USPS

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540