IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EVELYN CAVER as Administratrix of the estate of Joe Caver, Jr., deceased, and CORETTA JAMES, Administratrix of the estate of Arthur James, Jr., deceased<br><br>Plaintiffs,<br><br>v.<br><br>PACTIV CORPORATION, et al,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:07cv51-LES<br>)<br>)<br>)<br>) |

**ORDER**

Now pending before the court is the motion to appear pro hace vice by attorneys Orlyn Lockard, Douglas Sheppard Arnold, and Bernard Taylor, Sr. (doc. # 9) filed on February 27, 2007. Upon consideration of the motion and for good cause, it is

ORDERED that the motion (doc. # 9) be and is hereby GRANTED. Attorneys Lockard, Arnold and Tayler shall file notices of appearance with this court.

Done this 6th day of March, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE