IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EVELYN CAVER, As Administratrix of the Estate of JOE CAVER, JR., Deceased, et al., <br><br> Plaintiffs <br><br> v. <br><br> PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION <br><br> Defendants. | Civil Action No. <br> 2:07-cv-00051-LES-CSC |

### NOTICE OF APPEARANCE OF BERNARD TAYLOR

Pursuant to the Court's Order dated March 6, 2007 (doc. #10), Bernard Taylor, Esq. of Alston & Bird LLP, hereby files this Notice of Appearance as counsel of record to Defendant Louisiana-Pacific Corporation in the above-styled matter.

Respectfully submitted this 12th day of March, 2007.

/s/Bernard Taylor
Bernard Taylor (admitted *pro hac vice*)

Counsel for Defendant Louisiana-Pacific
    Corporation

OF COUNSEL:

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
Bernard.taylor@alston.com

- 2 -

ADDITIONAL COUNSEL:

Dennis R. Bailey
ASB No. 4845-I71D
R. Austin Huffaker
ASB NO. 3422-F55R
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

- 2 -

\

- 3 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of March, 2007, I filed the foregoing via the CM/ECF system which will send notice of said filing to all counsel of record.

          /s/ Orlyn O. Lockard, III
          Of Counsel

\