IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EVELYN CAVER, as Administratrix of the Estate of Joe Caver, Sr., Deceased and CORETTA JAMES, as Administratrix of the Estate of Arthur James, Jr., Deceased, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 2:07cv51-LES ) |
| PACTIV CORPORATION, et al, | ) ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the June 11, 2007, motion to withdraw (doc. # 14) filed by attorney W. Lee Gresham, III. Upon consideration of the motion and for the good cause, it is

ORDERED that the motion to withdraw (doc. # 14) be and is hereby GRANTED.

Done this 19th day of June, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE